975 A.2d 1079

**Andrea J. GEORGE, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

**No. 53 EM 2009.**

Supreme Court of Pennsylvania.

July 1, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 1st day of July, 2009, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**